**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1142**

EUGENE P. HARRISON,

                    Plaintiff - Appellant,

          v.

T. BROWN, Sergeant, Detective, Taevor; ROBERT BURNISH,
Sergeant; JERRY KELLY, Corporal; SIMON MAJOR, Sumter Lee
Detention Center President; JON OZMINT, South Carolina
Department of Correction,

                    Defendants – Appellees,

     and

SUMTER COUNTY SHERIFF DEPARTMENT; SUMTER LEE DETENTION
CENTER; SCDC COMMISSIONER; SOUTH CAROLINA DEPARTMENT OF
CORRECTION,

                    Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Richard Mark Gergel, District
Judge.  (3:10-cv-02642-RMG)

Submitted:  April 19, 2012          Decided:  April 25, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam.

Eugene P. Harrison, Appellant Pro Se. James M. Davis, Jr., Joel Steve Hughes, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, Edgar Lloyd Willcox, II, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene P. Harrison appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harrison v. Brown, No. 3:10-cv-02642-RMG (D.S.C. Jan. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED